IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

ROBIN EARL SLATER

v.  Case No. 3:15-cv-15634
    Case No. 3:12-cr-00121

UNITED STATES OF AMERICA

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable Dwane L. Tinsley, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that the Court deny Defendant's Motion to Vacate, Set Aside, or Correct Sentence, pursuant to 28 U.S.C. § 2255 (ECF No. 160), Defendant's Motion to Amend and Supplement his Section 2255 Motion (ECF No. 167), and Defendant's Motion for Leave to Amend his Section 2255 Motion (ECF No. 170), and dismiss this civil action from the docket of the Court. Neither party has filed objections to the Magistrate Judge's findings and recommendations.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **DENIES** Defendant's Motion to Vacate, Set Aside, or Correct Sentence, pursuant to 28 U.S.C. § 2255 (ECF No. 160), Defendant's Motion to Amend and Supplement his Section 2255 Motion (ECF No. 167), and Defendant's Motion for Leave to Amend his Section 2255 Motion (ECF No. 170), and **DISMISSES** this civil action from the docket of the Court, consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER: March 15, 2019

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE